USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AUGUSTINE O. OJEVWE,

                    Plaintiff,

       -v-

MOROCO AIRLINE/ROYAL AIR MAROC,

                  Defendant.

**ORDER**

26-CV-663 (MMG) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On February 19, 2026, the undersigned held an initial case management conference. Defendant is directed to provide Plaintiff with a copy of the Montreal Convention and a case demonstrating that the Montreal Convention is enforced in this Court by **February 26, 2026**. Additionally, the parties are directed to confer and to file a joint letter by **March 5, 2026** providing their availability for an in-person settlement conference.

The Clerk of Court is respectfully requested to mail a copy of this order to the pro se litigant.

**SO ORDERED.**

Dated: February 19, 2026
     New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge